# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 08, 2021

Ms. Jeannette Clack
Western District of Texas, Midland
United States District Court
200 E. Wall Street
Room 222
Midland, TX 79701-0000

    No. 20-50590   USA v. Robinson
                          USDC No. 7:20-CR-7-1

Dear Ms. Clack,

Enclosed is a copy of the judgment issued as the mandate.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              *Lisa E. Ferrara*
By: _____
                              Lisa E. Ferrara, Deputy Clerk
                              504-310-7675

cc w/encl:
    Mr. Robert R. Bell
    Mr. Joseph H. Gay Jr.

# United States Court of Appeals
# for the Fifth Circuit

_____

No. 20-50590
_____

United States of America,

*Plaintiff—Appellee,*

versus

Austin Robinson,

*Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Western District of Texas
No. 7:20-CR-7-1
_____

Before Higginbotham, Smith, and Oldham, *Circuit Judges*.
Per Curiam:

Appointed counsel has appropriately filed a Suggestion of Death. Accordingly, IT IS ORDERED that the appeal is DISMISSED as moot, and the case is REMANDED with direction to vacate the judgment and conviction and dismiss the indictment.